UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANETTE M. MOORE, LATRESA MYERS, ALANNA HARRISON, and ALISA VALDEZ, individually and on behalf of others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>PETSMART, INC, and Does 1 through 100, inclusive,<br>              Defendants. | Case No.: 5:12-CV-03577 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERNCE** |

The above-entitled action is scheduled for a Case Management Conference on November 9, 2012. In light of the parties' request to postpone the conference (see Docket Item No. 17), the court finds an appearance unnecessary at this time.

Accordingly, the Case Management Conference and all other pretrial deadlines are VACATED. The court schedules a hearing on Plaintiff's anticipated Motion for Class Certification for April 12, 2013, at 9:00 a.m. Plaintiff shall file, serve and notice the motion as necessary pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: November 5, 2012

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-03577 EJD
CASE MANAGEMENT ORDER