IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANETTE M. MOORE, LATRESA MYERS, ALANNA HARRISON and ALISA VALDEZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br>PETSMART, INC., and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NO. 5:12-CV-03577-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Case Management Statement (see Docket Item No. 26), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for April 26, 2013 is VACATED.

**IT IS SO ORDERED.**

Dated: April 23, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-CV-05377-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE