Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Alexandria Witte (SBN 273494)
Alexandria.Witte@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Jeanette Negrete

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANETTE NEGRETE, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>vs.<br><br>PETSMART, INC., a Delaware corporation; RANDY MOSBACHER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 13-cv-04300-WHA<br><br>[Assigned for All Purposes to the Hon. William Alsup]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JEANETTE NEGRETE'S ADMINISTRATIVE MOTION TO DEEM CASES RELATED PURSUANT TO LOCAL RULE 3-12** |

1

**[PROPOSED] ORDER**

2  The Court, having considered the Plaintiff Jeanette Negrete's

3  Administrative Motion to Deem Csaes Related Pursuant to Local Rule 3-12, and

4  for GOOD CAUSE shown, the Motion is hereby GRANTED.  The case of

5  *Negrete v. PetSmart, Inc., et al.*, Case No. 13-cv-04300-WHA, and *Moore v.*

6  *PetSmart, Inc., et al.*, Case No. 12-cv-03577-EJD, are deemed related pursuant

7  to Local Rule 3-12(a).   The clerk shall reassign the Negrete Action to the undersigned.
The Case Management Conference scheduled before Judge Alsup is VACATED and will be

8  reset before Judge Davila.

9  **IT IS SO ORDERED.**

10

11  Dated:   November 1, 2013

12  Hon. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT

13  JUDGE, NORTHERN DISTRICT OF
CALIFORNIA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 1

[PROPOSED] ORDER GRANTING PLAINTIFF JEANETTE NEGRETE'S ADMINISTRATIVE MOTION TO DEEM CASES
RELATED PURSUANT TO LOCAL RULE 3-12