**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANETTE M. MOORE, et. al., individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff(s),<br>　v.<br>PETSMART, INC.,<br><br>　　　　　Defendant(s). | CASE NO. 5:12-cv-03577 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 31), the court finds that a Case Management Conference in unnecessary at this time. Accordingly, the Case Management Conference scheduled for November 8, 2013, is CONTINUED to **December 13, 2013, at 10:00 a.m.** On or before **December 6, 2013**, the parties shall file an updated Joint Case Management Statement which provides, inter alia, a proposed deadline for filing a Motion for Preliminary Approval if the motion is not filed before that date.

**IT IS SO ORDERED.**

Dated: November 1, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge