IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANETTE M. MOORE, et. al., individually and on behalf of others similarly situated,<br><br>   Plaintiff(s),<br>   v.<br>PETSMART, INC.,<br><br>   Defendant(s). | CASE NO. 5:12-cv-03577 EJD<br><br>**ORDER VACATING STATUS CONFERENCE** |

Having reviewed the parties' joint statement and Notice of Settlement (see Docket Item No. 36), the court finds that a Status Conference is unnecessary at this time. Accordingly, the Status Conference scheduled for January 31, 2014, is VACATED.

Plaintiffs shall file the Motion for Preliminary Approval of Class Action Settlement on or before **January 31, 2014.** The hearing on an anticipated Motion for Class Certification, previously scheduled for May 16, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated:  January 27, 2014

EDWARD J. DAVILA
United States District Judge

Case No. 5:12-cv-03577 EJD
ORDER VACATING STATUS CONFERENCE