IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANETTE M. MOORE, et. al., individually and on behalf of others similarly situated,<br><br>  Plaintiff(s),<br> v.<br> PETSMART, INC.,<br><br>  Defendant(s). | CASE NO. 5:12-cv-03577 EJD<br><br>**ORDER RE: EX PARTE APPLICATION** |

With regard to proposed intervenor's ex parte application filed February 13, 2014 (see Docket Item No. 42), the court orders as follows:

1. Any opposition to the application shall be filed on or before **4:00 p.m. on February 18, 2014.** The court will not consider a reply brief and reply briefs should not be filed.

2. Pursuant to Civil Local Rule 7-1(b), the application will then be submitted for decision based on the briefing.

**IT IS SO ORDERED.**

Dated: February 14, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-03577 EJD
ORDER RE: EX PARTE APPLICATION