IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANETTE M. MOORE, et. al., individually and on behalf of others similarly situated<br><br>Plaintiff(s),<br>v.<br>PETSMART, INC.,<br><br>Defendant(s). | CASE NO. 5:12-cv-03577 EJD<br><br>**ORDER RE: OBJECTOR'S NOTICE OF INTENT TO APPEAR AT HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br><br>[Docket Item No(s). 45] |

Having carefully reviewed Objector Cassandra Pace's objection to the motion for preliminary approval (see Docket Item No. 44), the court finds that a live presentation by Ms. Pace or her counsel is unnecessary in order for the court to consider her position. Accordingly, the court advises that only class counsel *in this case* as well as counsel for defendant shall be permitted to enter an appearance and present argument at the hearing scheduled for March 7, 2014.

**IT IS SO ORDERED.**

Dated: February 26, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-03577 EJD
ORDER RE: OBJECTOR'S NOTICE OF INTENT TO APPEAR AT HEARING ON MOTION FOR PRELIMINARY APPROVAL