UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANETTE M. MOORE, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>PETSMART, INC,<br><br>   Defendant. | Case No. 5:12-cv-03577-EJD<br><br>**ORDER RE: PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES**<br><br>Re: Dkt. Nos. 91, 92 |

  Presently before the court are Plaintiffs Jeanette Negrete, Alanna Harrison, Alisa Valdez, Danette Moore, and Latresa Myers' Motions for Attorneys' Fees. See Dkt. Nos. 91, 92. Pursuant to local guidelines, requests for approval of attorneys' fees awards must include detailed lodestar information, even if the requested amount is based on a percentage of the settlement fund. See Procedural Guidance for Class Action Settlements, United States District Court, Northern District of California, http://cand.uscourts.gov/ClassActionSettlementGuidance.

  Accordingly, on or before **March 9, 2015 at 2:00 p.m.**, Plaintiffs shall lodge with the court, but shall not file, a copy of all billing records supporting the request for attorneys' fees.

  **IT IS SO ORDERED.**

Dated: March 5, 2015

                _____
                EDWARD J. DAVILA
                United States District Judge

1

Case No.: 5:12-cv-03577-EJD
ORDER RE: PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES