# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
## Civil Minute Order

Date:   March 12, 2015                                           **TIME IN COURT**: 1 hr, 5 mins
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez

**CASE NUMBER: 5:12-cv-03577-EJD**
**TITLE: Danette Moore et al v. Petsmart Inc et al**

<u>Plaintiff(s) Attorney(s) present:</u> Graham Hollis, Marta Manus (Moore, Myers, Harrison, Valdez), Raul Perez (Negrete)
<u>Defendant(s) Attorney(s) present</u>: Michelle Heverly
<u>Other Appearance(s):</u> Burke Huber (Objector Loomis)

**PROCEEDINGS:** Motion for Attorney Fees , Costs and Service Incentive Award (Doc. 91), Motion for Attorney Fees, Costs and Class Representative Service Awards (Doc. 92), Motion for Final Approval of Class Action Settlement (Doc. 93), Motion to Strike (Doc. 116)

## ORDER AFTER HEARING:
Hearing held. The Court took the matters under submission after oral argument. The Court to issue further Order following hearing.


Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: