UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANETTE M. MOORE, et al., individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PETSMART, INC.,<br><br>　　　　　Defendant. | Case No.  5:12-cv-03577-EJD<br><br>**ORDER TO SHOW CAUSE** |

On October 13, 2015, the court issued a Case Management Order which scheduled the above-entitled action for a Trial Setting Conference on June 16, 2016, and required the parties to file a Joint Trial Setting Conference Statement on or before June 6, 2016.  Dkt. No. 150.  As of the date and time this order was filed, however, the court has not received a statement from any party, joint or otherwise.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiffs do not, by **12:00 p.m. on June 10, 2016**, file or cause to be filed a Joint Trial Setting Conference Statement which conforms to the undersigned's Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  June 8, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge